UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Roshan and Jemma John,

Plaintiffs,

vs.

Scripto-Tokai Corporation and The Tokai Corporation,

Defendants.

**STIPULATION TO EXTEND TIME WHICH DEFENDANTS HAVE TO ANSWER PLAINTIFFS' COMPLAINT OR OTHERWISE PLEAD AND ORDER**

Case No. 00-CV-2472 ADM/SRN

---

Plaintiffs Roshan and Jemma John and Defendants Scripto-Tokai Corporation and The Tokai Corporation, through their respective counsel, HEREBY STIPULATE AND AGREE that the date by which Defendants must answer or otherwise respond to Plaintiffs' Complaint shall be extended to December 26, 2000.

YOST & BAILL, LLP

By: ______________________
Steven L. Theesfeld (216860)
2350 One Financial Plaza
120 South Sixth Street
Minneapolis, MN 55402
(612) 338-6000

ATTORNEYS FOR PLAINTIFFS

DATED: December ___, 2000

RIDER, BENNETT, EGAN & ARUNDEL, LLP

By ______________________
Brian A. Wood (141690)
John J. Wackman (251884)
Suite 2000
333 South Seventh Street
Minneapolis, MN 55402
(612) 340-7944
ATTORNEYS FOR DEFENDANTS

DATED: December 12, 2000

FILED DEC 13 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ____________
DEPUTY CLERK ____________

**ORDER**

Pursuant to the foregoing Stipulation, the date by which Defendants must answer or otherwise respond to Plaintiffs' Complaint is hereby extended to December 26, 2000.

BY THE COURT:

Susan Richard Nelson

Susan Richard Nelson
United States Magistrate Judge

DATED: December 13, 2000