UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

ROSHAN JOHN & JEMMA JOHN,

Plaintiffs,

v.

SCRIPTO-TOKAI CORPORATION & TOKAI CORPORATION,

Defendants.

ORDER

Civil No. 00-2472(ADM/SRN)

JAMES & JILL ROCKSTAD,

Plaintiffs,

v.

SCRIPTO-TOKAI CORPORATION & TOKAI CORPORATION,

Defendants.

Civil No. 01-2063(DSD/JMM)

Case No. 00-2472 having been assigned to Judge Ann D. Montgomery and Case No. 01-2063 having been later assigned to Judge Doty, said matters being related cases;

IT IS HEREBY ORDERED that Case No. 01-2063 be assigned to Judge Ann D. Montgomery, nunc pro tunc, by use of a card on the Master list of the automated case assignment system, and the Clerk of Court is directed to void and reuse the cards on the same list pursuant to this Court's Assignment of Cases Order dated May 28, 1998.

IT IS FINALLY ORDERED that a copy of this order shall be placed in each of the above respective files.

Dated: 1/8/02

JUDGE DAVID S. DOTY
UNITED STATES DISTRICT COURT

Dated: 1/10/02

JUDGE ANN D. MONTGOMERY
UNITED STATES DISTRICT COURT

FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD.
DEPUTY CLERK

**Please forward this announcement to the recipient of this fax.**

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

## For additional information on either program please visit our website at www.mnd.uscourts.gov.

---

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500

FILE COPY

Date: January 11, 2002 jr

RECORD OF DOCKET TEXT

0:01-cv-02063 Rockstad v. Scripto-Tokai Corp

DOCKET ENTRY

ORDER (Judge David S. Doty / 1/8/02) (Judge Ann D. Montgomery / 1/10/02) Case reassigned to Judge Ann D. Montgomery per the master list, and Case referred to Magistrate Judge Susan R. Nelson. Case number remains the same except for Judges' initials (01-2063 ADM/SRN). Case number with new Judges' initials to be used on all filings and papers submitted to the Court regarding this civil action 01-2063 ADM/SRN. 1pg(s) (cc: all counsel)

Hon. Ann D Montgomery, Judge

THIS NOTICE SENT TO ALL COUNSEL