THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

---

Roshan John and Jemma John,

Plaintiffs,

vs.

Scripto-Tokai Corporation and Tokai Corporation,

Defendants.

**STIPULATION TO EXTEND TIME FOR IDENTIFYING EXPERT WITNESSES AND DEPOSING EXPERT WITNESSES**

Court File No. 00-2472 ADM/SRN

---

WHEREAS, the Court has set the trial date of the above-entitled action for July 1, 2002, and

WHEREAS, the Court has set plaintiffs' expert disclosure deadline for January 2, 2002, and

WHEREAS, the Court has set defendants' expert disclosure deadline for February 1, 2002, and

WHEREAS, the parties agree that additional time is necessary to complete the expert disclosures in this case, and

WHEREAS, the Court has set the deadline for completion of discovery for March 1, 2002, and

WHEREAS, the parties agree that additional time is necessary for the depositions of expert witnesses in this case;

NOW, THEREFORE, IT IS HEREBY STIPULATED to by and between the parties through their respective counsel, that:

1. Plaintiffs' expert disclosures shall be made on or before January 15, 2002;
2. Defendants' expert disclosures shall be made on or before February 15, 2002; and
3. Expert depositions shall be completed on or before March 15, 2002.

JAN 2 5 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

RIDER, BENNETT, EGAN & ARUNDEL, LLP

By ______________________________
Brian A. Wood (141690)
Paul B. Kohls (295243)
Attorneys for Defendants Scripto-Tokai Corporation and Tokai Corporation
333 South Seventh Street
Suite 2000
Minneapolis, MN 55402
(612) 340-7951

Dated: 1-23, 2002

YOST & BAILL, LLP

By ______________________________
Steven L. Theesfeld (216860)
Attorneys for Plaintiffs Roshan and Jemma John
2350 One Financial Plaza
120 South Sixth Street
Minneapolis, MN 55402
(612) 338-6000

Dated: Jan 22, 2002

**ORDER**

The parties having stipulated thereto, and good cause appearing therefore, the foregoing Stipulation is hereby adopted as the Order of the Court.

**IT IS SO ORDER.**

Dated: January 25, 2002

Susan Richard Nelson

The Honorable Susan Richard Nelson