**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**Roshan John and**
**Jemma John,**

**Plaintiffs,**

**v.**

**Scripto-Tokai Corporation and**
**Tokai Corporation,**

**Defendants.**

**Civil No. 00-2472 (ADM /SRN)**

**ORDER**

---

The above-captioned case came on for consideration before the undersigned Magistrate Judge on Defendants' Motion to Amend the Scheduling Order. Upon consideration of Defendants' motion, the parties Memoranda of Law, and the Affidavits submitted, and upon finding that good cause for modifying the Scheduling Order exits,

**IT IS HEREBY ORDERED:**

1. Defendants may serve any dispositive motion on or before May 10, 2002.

Dated: April 29, 2002.

BY THE COURT

Susan Richard Nelson

SUSAN RICHARD NELSON
United States Magistrate Judge

APR 30 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK